the court modified for the reason defendant was enjoined from manufacturing and selling repair parts it had the right to manufacture and sell as long as it did so without attempting to dispose of them as a part or thing manufactured by the plaintiff. The court below was in error when it enjoined these acts, and that case, while clearly recognizing the right to imitate, manufacture and sell, further recognized that an order was necessary to prevent the defendant from selling repair parts by representing them to be manufactured by the plaintiff, but so long as he made no such representation he was within his rights.

The bill contains substantial charges of unfair competition; whether the plaintiff may be able to prove the purpose of these sales as charged can only be developed by the evidence. The case is essentially one which should go to final hearing.

The order of the court below is reversed, the bill is reinstated, a procedendo awarded, costs to abide the determination of the case.

---

## B. V. D. Co., Appellant, v. Frank & Seder Co.

OPINION BY MR. JUSTICE KEPHART, January 3, 1922:

For the reasons assigned in B. V. D. Co. v. Kaufmann & Baer Co., supra, the order of the court below is reversed, the bill is reinstated, a procedendo awarded, costs to abide the determination of the case.

---

## B. V. D. Co., Appellant, v. Bondy.

OPINION BY MR. JUSTICE KEPHART, January 3, 1922:

For the reasons assigned in B. V. D. Co. v. Kaufmann & Baer Co., supra, the order of the court below is reversed, the bill is reinstated, a procedendo awarded, costs to abide the determination of the case.